

# NUMBER 13-13-00148-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PROGRESSIVE COUNTY
INSURANCE CO.,                                                    Appellant,

v.

RAUL ARANA,                                                        Appellee.

On appeal from the 23rd District Court
of Matagorda County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Perkes
### Memorandum Opinion Per Curiam

Appellant, Progressive County Mutual Ins. Co., filed an appeal from a judgment entered by the 23rd District Court of Matagorda County, Texas, in cause number 11-H-0260-C. Appellant has filed a motion to dismiss the appeal on grounds the appeal is moot. Appellee has not filed a response to the motion to dismiss.

The trial court signed a judgment in favor of appellee and against appellant on February 20, 2013. The trial court, on its own motion, granted a new trial on March 13, 2013, while it still had plenary jurisdiction over the case. *See* TEX. R. CIV. P. 329b (c), (e).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED AS MOOT. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
13th day of June, 2013.